PEOPLE v LYON. Appeal from Isabella, Robert H. Campbell, J. Submitted Division 3 April 11, 1972, at Grand Rapids. (Docket No. 11252.) Decided May 2, 1972.

*William R. Thompson,* for defendant on appeal.

Before: J. H. GILLIS, P. J., and R. B. BURNS and DANHOF, JJ.

MEMORANDUM OPINION. The defendant, Leon K. Lyon, pled guilty to the crime of larceny of livestock, MCLA 750.357a; MSA 28.589(1). He was sentenced to 2 to 4 years in prison and appeals.

An examination of the record and briefs discloses no prejudicial error. The transcript of the plea disclosed full compliance with *People v Jaworski,* 387 Mich 21 (1972).

Affirmed.

PEOPLE v MCINTOSH. Appeal from Macomb, Frank E. Jeannette, J. Submitted Division 2 March 13, 1972. (Docket No. 11291.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George N. Parris,* Prosecuting Attorney, *Thaddeus F. Hamera,* Chief Appellate Lawyer, and *Stephen F. Osinski,* Assistant Prosecuting Attorney, for the people.

*Richard C. Stavoe,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and QUINN, JJ.

MEMORANDUM OPINION. The defendant was convicted by a jury in the Macomb County Circuit Court of obtaining money by false pretenses in violation of MCLA 750.218; MSA 28.415.

After a careful review of the records, and the arguments of counsel, we are unable to find any error requiring a reversal.

Affirmed.